UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:08-cr-140-FtM-29SPC

GUILLERMO RAMIREZ-VAZQUEZ
_____

**OPINION AND ORDER**

On January 16, 2009, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #31) to the Court recommending that Defendant's Motion to Suppress (Doc. #24) be denied. No objections have been filed, and the time to file such objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews

legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. The scope of the search did not exceed the scope of the unqualified consent given by defendant's wife; defendant's wife was authorized to consent to a search of the room; discovery of contraband during the search did not require the officers to stop the search and obtain a search warrant; and defendant's rights under Miranda v. Arizona, 384 U.S. 436 (1966) were not violated. Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #31) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Suppress (Doc. #24) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of February, 2009.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record
DCCD